July 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ALLEN MARK DACUS, ELIZABETH C. PEREZ, AND REV. ROBERT JEFFERSON,
Appellants

NO. 14-11-00688-CV                    V.

ANNISE D. PARKER AND CITY OF HOUSTON, Appellees

_____

This cause, an appeal of a judgment signed May 24, 2011 in favor of appellees Annise D. Parker and the City of Houston, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants Allen Mark Dacus, Elizabeth C. Perez, and Rev. Robert Jefferson, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.